*S. McNutt* and *A. Ennis*, for appellee.

---

EWING *v.* EWING.

APPEAL from the *De Kalb* Common Pleas.

PER CURIAM.—On the authority of the case of *Ewing* v. *Ewing*, at the last term, the judgment of the court below ought to be affirmed.

The judgment is affirmed, with costs.

*R. Brackenridge* and *J. Morris*, for appellant.

*A. Ellison*, for appellee.